IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HPL TECHNOLOGIES, INC | No. CV 02-03510 VRW |
| SECURITIES LITIGATION | **JUDGMENT IN A CIVIL CASE** |

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered to plaintiff's lead counsel an award of attorneys' fees in the amount of $1,870,00 cash plus 770,000 shares of HPL stocks, and expenses in the amount of $59,434.57. These amounts shall bear interest at the same rate and from the same date as the settlement funds.

Dated: April 22, 2005                           Richard W. Wieking, Clerk

                                                By:  /S/ Cora Delfin
                                                Deputy Clerk